IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLAN CARSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            Case No. 3:22-cv-113-DPM

**PECO FOODS, INC.**            **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Allan Carson, individually and behalf of all others similarly situated, and Defendant Peco Foods, Inc., by and through their respective undersigned counsel, submit the following Joint Status Report in compliance with the Court's Final Scheduling Order—Collective Action, ECF No. 17.

1. The Parties have exchanged written discovery as to the named Plaintiff and each opt-in Plaintiff. Counsel is currently in the process of reviewing the discovery responses which included several hundred pages of both written answers and time and pay records.

2. Counsel for the Parties have not engaged in meaningful settlement negotiations yet. Plaintiff's counsel anticipates sending a written demand within the next 30 days once they have completed their review of the time and pay records.

3. No Settlement Conference has been requested, scheduled or conducted. The Parties will discuss whether a settlement conference with a United States Magistrate Judge is appropriate and file the appropriate request on or before 4 November.

Respectfully submitted,

**Allan Carson, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar. No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   DEFENDANT PECO FOODS, INC.**

BRUNINI, GRANTHAN, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Stephen J. Carmody
Ark. Bar No. 2013011
scarmody@brunini.com

Karen E. Howell, MS #102243
(Admitted Pro Hac)
khowell@brunini.com

Scott F. Singley, MS #100134
(Admitted Pro Hac)
ssingley@brunini.com

FRIDAY, ELDREDGE, & CLARK, LLP

400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com