IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALLAN CARSON, INDIVIDUALLY AND ON BEHALF          PLAINTIFFS
OF ALL OTHERS SIMILARLY SITUATED

v.                        Case No.: 3:22-CV-113

PECO FOODS, INC.                                     DEFENDANT

**UNOPPOSED MOTION TO FOR EXTENSION OF TIME**

Peco Foods, Inc. ("Peco"), files this Unopposed Motion to extend the September 1, 2023, discovery deadline to October 15, 2023, to allow sufficient time for the parties to engage in settlement discussions.

1. The current discovery deadline is September 1, 2023.

2. The parties have exchanged extensive written discovery, and now wish to engage in settlement discussions to determine if this case can be resolved without incurring the significant expenses associated with taking depositions of the parties, fact witnesses, and/or experts.

3. Therefore, Peco requests that the Court extend the discovery deadline from September 1, 2023, to October 15, 2023, to allow the parties sufficient time to complete discovery in the event settlement negotiations are unsuccessful.

4. Plaintiffs have informed Peco that they do not oppose this motion.

Respectfully submitted,

**PECO FOODS, INC.**

Michael S. Moore (#82112)
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR  72201
Telephone:     501.370.1526
Facsimile:      501.244.5348
mmoore@fridayfirm.com


And

STEPHEN J. CARMODY, AR #2013011
SCOTT F. SINGLEY, MS #100134 (Admitted Pro Hac)
KAREN E. HOWELL, MS #102243 (Admitted Pro Hac)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Ste. 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205-0119
Telephone:    601.948.3101
Facsimile:     601.960.6902
scarmody@brunini.com
ssingley@brunini.com
khowell@brunini.com