IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLAN CARSON, Individually and on**                          **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.                        Case No. 3:22-cv-113-DPM

**PECO FOODS, INC.**                                               **DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

       The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle, not including attorney fees and costs, which will resolve the Plaintiff's and Opt-In Plaintiffs' claims for alleged unpaid wages and liquidated damages. The Parties are in the process of preparing liability settlement documents and expect to file a Motion for Approval of Liability Settlement within 21 days of the filing of this Joint Notice. Following the filing of said Motion, the Parties will separately negotiate Plaintiffs' attorneys' fees and costs. Should the Parties be unable to agree, Plaintiffs will file a Petition for Attorneys' Fees and Costs within 30 days of the Court's ruling on the Motion for Approval. In light of the settlement progress, the Parties request that all pending deadlines be stayed.

                                                             Respectfully submitted,

                                                             **Allan Carson, Individually and on**
                                                             **Behalf of All Others Similarly**
                                                             **Situated, PLAINTIFFS**

                                                             SANFORD LAW FIRM, PLLC
                                                             Kirkpatrick Plaza
                                                             10800 Financial Centre Pkwy, Suite 510

        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946

        Sean Short
        Ark. Bar. No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **DEFENDANT PECO FOODS, INC.**

        BRUNINI, GRANTHAN, GROWER & HEWES, PLLC
        The Pinnacle Building, Suite 100
        190 East Capitol Street
        Jackson, Mississippi 39201
        Post Office Drawer 119
        Jackson, Mississippi 39205
        Telephone: (601) 948-3101
        Facsimile: (601) 960-6902

        Stephen J. Carmody
        Ark. Bar No. 2013011
        scarmody@brunini.com

        Karen E. Howell, MS #102243
        (Admitted Pro Hac)
        khowell@brunini.com

        */s/ Scott F. Singley*
        Scott F. Singley, MS #100134
        (Admitted Pro Hac)
        ssingley@brunini.com

        FRIDAY, ELDREDGE, & CLARK, LLP
        400 West Capitol Avenue, Suite 2000
        Little Rock, Arkansas 72201
        Telephone: (501) 370-1526
        Facsimile: (501) 244-5348

        Michael S. Moore
        Ark. Bar No. 82112
        mmoore@fridayfirm.com