IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLAN CARSON, Individually and on**     **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.     Case No. 3:22-cv-113-DPM

**PECO FOODS, INC.**     **DEFENDANT**

### JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Allan Carson ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant Peco Foods, Inc., by and through their undersigned counsel, submit the following Motion for Extension of Time to File Motion for Approval of Settlement:

1. On November 3, 2023, the Parties filed a Joint Notice of Liability Settlement wherein the Parties stated they had reached a settlement in principle and anticipated filing a Joint Motion for Approval of Settlement by November 24. *See* ECF 43.

2. The Parties continue to edit the settlement documents but require additional time in order to edit the document to the satisfaction of all parties and obtain all of the required signatures.

3. Accordingly, the Parties request that the Court allow them an additional twenty-one (21) days from the filing of this Motion for Extension to edit and fully execute their agreement and file a Motion for Approval of Settlement.

4. This extension is sought in good faith for the purpose of efficiently resolving the case, and not for delay.

Page 1 of 3
Allan Carson, et al., v. Peco Foods, Inc.
U.S.D.C. (E.D. Ark.) Case No. 322:cv-113-DPM
Joint Motion for Extension of Time to File Motion for Approval of Settlement

WHEREFORE, premises considered, the Parties pray that this Court extend the deadline for the Parties to file their Motion for Approval of Settlement for twenty-one (21) days, to December 15, 2023.

Respectfully submitted,

**Allan Carson, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Sean Short
Ark. Bar. No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and     **DEFENDANT PECO FOODS, INC.**

BRUNINI, GRANTHAN, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Stephen J. Carmody
Ark. Bar No. 2013011
scarmody@brunini.com

Karen E. Howell, MS #102243
(Admitted Pro Hac)
khowell@brunini.com

Page 2 of 3
Allan Carson, et al., v. Peco Foods, Inc.
U.S.D.C. (E.D. Ark.) Case No. 322:cv-113-DPM
Joint Motion for Extension of Time to File Motion for Approval of Settlement

/s/ Scott F. Singley
Scott F. Singley, MS #100134
(Admitted Pro Hac)
ssingley@brunini.com

FRIDAY, ELDREDGE, & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

**Page 3 of 3**
**Allan Carson, et al., v. Peco Foods, Inc.**
**U.S.D.C. (E.D. Ark.) Case No. 322:cv-113-DPM**
**Joint Motion for Extension of Time to File Motion for Approval of Settlement**