IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLAN CARSON, Individually and on**                                                         **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                              Case No. 3:22-cv-113-DPM

**PECO FOODS, INC.**                                                                **DEFENDANT**

## NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT RE: ECF NO. 47

Plaintiff Allan Carson files this Notice of Supplemental Exhibit to Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 47) to provide the Court with a fully executed copy of the Parties' Settlement Agreement.

                                                                                         Respectfully submitted,

                                                                                         **ALLAN CARSON, Individually and**
                                                                                         **on Behalf of All Others Similarly**
                                                                                         **Situated, PLAINTIFF**

                                                                                         SANFORD LAW FIRM, PLLC
                                                                                         Kirkpatrick Plaza
                                                                                         10800 Financial Centre Pkwy, Ste. 510
                                                                                         Little Rock, Arkansas 72211
                                                                                         Telephone: (501) 221-0088
                                                                                         Facsimile: (888) 787-2040

                                                                                         Sean Short
                                                                                         Ark. Bar No. 2015079
                                                                                         sean@sanfordlawfirm.com

                                                                                         Josh Sanford
                                                                                         Ark. Bar No. 2001037
                                                                                         josh@sanfordlawfirm.com

Page 1 of 1
Allan Carson, et al., v. Peco Foods, Inc.
U.S.D.C. (E.D. Ark.) Case No. 3:22-cv-113-DPM
Notice of Filing of Supplemental Exhibit Re: ECF No. 47