# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ALLAN CARSON, Individually and on
Behalf of All Others Similarly Situated**                      **PLAINTIFF**

**v.**                      **No. 3:22-cv-113-DPM**

**PECO FOODS, INC.**                      **DEFENDANT**

## ORDER

The joint motion, *Doc. 47*, is granted.  The proposed settlement is fair, reasonable, and adequate.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).  It reflects a good-faith compromise of the parties' wage-related dispute.  And the parties are negotiating the attorney's fees and costs separately.  The complaint will be dismissed with prejudice in due course.  But, the Court prefers to withhold Judgment until the fee-related issues are resolved.  Any motion for costs and attorney's fees due by 31 January 2024.

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge

27 December 2023