IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLAN CARSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            Case No. 3:22-cv-113-DPM

**PECO FOODS, INC.**            **DEFENDANT**

## JOINT NOTICE OF REMAINING SETTLEMENT

Plaintiff Allan Carson and Defendant Peco Foods, Inc., by and through their undersigned counsel, hereby submit the following Joint Notice of Remaining Settlement:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2. The Parties reached an agreement to settle Plaintiff's alleged claims on 3 November 2023. *See* ECF No. 43.

3. The Parties filed their Joint Motion for Approval of Settlement Agreement and to Dismiss Case with Prejudice on 15 December 2023. ECF No. 47.

4. On 27 December 2023, this Court granted the Parties' Motion and ordered that a motion for fees must be filed by 31 January 2024 if the parties are unable to resolve the fees issue. ECF No. 49.

5. Since the entry of the Court's Order approving the Parties' settlement, Plaintiffs and Defendant reached a settlement in principle resolving Plaintiffs' claims for attorneys' fees and costs in the lawsuit.

6. Accordingly, the motion for attorneys' fees and costs is no longer forthcoming, and no further dispute remains in this case apart from performance as contemplated by the Parties' agreement.

Respectfully submitted,

**ALLAN CARSON, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Sean Short
Ark. Bar. No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT PECO FOODS, INC.**

BRUNINI, GRANTHAN, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Stephen J. Carmody
Ark. Bar No. 2013011
scarmody@brunini.com

Karen E. Howell, MS #102243
(Admitted Pro Hac)
khowell@brunini.com

/s/ *Scott F. Singley*
Scott F. Singley, MS #100134
(Admitted Pro Hac)
ssingley@brunini.com

FRIDAY, ELDREDGE, & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com