IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALLAN CARSON, Individually and on
Behalf of All Others Similarly Situated                          PLAINTIFF

v.                          No. 3:22-cv-113-DPM

PECO FOODS, INC.                                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 1 April 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2024